
```
1  TRACY L. WILKISON
   Acting United States Attorney
2  DAVID M. HARRIS
3  Assistant United States Attorney
   Chief, Civil Division
4  CEDINA M. KIM
5  Assistant United States Attorney
   Senior Trial Attorney, Civil Division
6  GERALYN GULSETH, CSBN 160872
7  Special Assistant United States Attorney
        Social Security Administration
8       160 Spear St., Suite 800
9       San Francisco, CA  94105
        Telephone: (510) 970-4819
10      Facsimile: (415) 744-0134
11      Email: Geralyn.Gulseth@ssa.gov
12 Attorneys for Defendant
```

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| LAROY ALEXANDER,<br><br>    Plaintiff,<br><br>    v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | No. 2:21-cv-00063-RAO<br><br>**[PROPOSED] JUDGMENT OF REMAND** |

(Note: "PROPOSED" is struck through.)

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged concurrent with the lodging of the within

1  Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND**
2  **DECREED** that the above-captioned action is remanded to the Commissioner of
3  Social Security for further proceedings consistent with the Stipulation to Remand.
4
5  DATED: October 4, 2021
6                               HON. ROZELLA A. OLIVER
7                               UNITED STATES MAGISTRATE JUDGE